✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| `` | DISTRICT OF | CALIFORNIA |
|---|---|---|

UNITED STATES OF AMERICA,
                    Plaintiff,

            v.

URIEL PARDO-MOLINA,

                    Defendant.

**APPEARANCE**

Case Number:   08MJ2130-02

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    URIEL PARDO-MOLINA

    I certify that I am admitted to practice in this court.

| 7/18/2008 | /s/ JOSEPH McMULLEN |
|---|---|
| Date | Signature |

| Joseph McMullen / Federal Defenders of SD | 246757 |
|---|---|
| Print Name | Bar Number |

225 Broadway, Suite 900
Address

| San Diego, CA  92101 | | |
|---|---|---|
| City | State | Zip Code |

| (619) 234-8467 | (619) 687-2666 |
|---|---|
| Phone Number | Fax Number |

## <u>CERTIFICATE OF SERVICE</u>

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

best of his information and belief, and that a copy of the foregoing document has been served

this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov


Dated: July 18, 2008                    _____/s/  Joseph McMullen_____
                                        JOSEPH McMULLEN
                                        Federal Defenders of San Diego, Inc.
                                        225 Broadway, Suite 900
                                        San Diego, CA 92101-5030
                                        (619) 234-8467  (tel)
                                        (619) 687-2666  (fax)
                                        e-mail: Joseph_McMullen@fd.org