# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,          )
      Plaintiff                              )
                      )
           vs.                                    )
Moreno-Gutierrez,                        )
            Defendant(s) et al                )

CRIMINAL NO. 08mj2130

ORDER

RELEASING MATERIAL WITNESS

Booking No.

**CATHY ANN BENCIVENGO**

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Perla Correa-Renteria

DATED: Aug. 6, 2008

**CATHY ANN BENCIVENGO**

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

**RECEIVED** _____
           **DUSM**

W. SAMUEL HAMRICK, JR.   Clerk

by _____
          Deputy Clerk
          K. HAMMERLY

☆ U.S. GPO: 2003-581-774/70082